# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

141009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                                SC: 141009
                                                COA: 287459
                                                Oakland CC: 2007-218038-FH

MARK SLAUGHTER,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether: (1) the actions of firefighters may fall under the "community caretaker" exception to probable cause requirements; (2) the "emergency aid" aspect of the community caretaker exception applies in this case; and (3) the Court of Appeals erred when it held that the firefighters were first obligated to attempt to remedy the condition for which a neighbor called by using means that did not involve entry into the defendant's home.

We further ORDER the Oakland Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court.

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010                                                                    Clerk

p0708